Stephanie L. Ross, SBN 297840
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

Cris C. Vaughan, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  (916) 660-9401
Facsimile:   (916) 660-9378
Email:  ccvaughan@sbcglobal.net

Attorneys for Defendant Yongkang & Zhenqiang Investment Holding, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>        Plaintiff,<br><br>    vs.<br><br>Yongkang & Zhenqiang Investment Holding, LLC,<br><br>        Defendant.<br>_____/ | Case No.  2:15-cv-00085-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and defendant Yongkang & Zhenqiang Investment Holding, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 28, 2015        DISABLED ADVOCACY GROUP, APLC

   /s/   Stephanie L. Ross
Stephanie L. Ross
Attorney for Plaintiff Brenda Pickern

Dated: December 25, 2015        VAUGHAN & ASSOCIATES

   /s/   Cris C. Vaughan
Cris C. Vaughan
Attorney for Defendant Yongkang & Zhenqiang Investment Holding, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:15-cv-00085-JAM-CMK, is dismissed with prejudice in its entirety.

Dated: 12/28/2015

/s/ John A. Mendez
United States District Court Judge